UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACOB HORSEY**                                                                                          **PLAINTIFF**

VS.                              CASE NO. 4:21-cv-00922-KGB

**TRE DAVIS, individually and in his
official capacity as a Saline County
Sheriff's Deputy, and SALINE
COUNTY SHERIFF'S OFFICE**                                                    **DEFENDANTS**

### MOTION TO DISMISS BY SEPARATE DEFENDANT, SALINE COUNTY SHERIFF'S OFFICE

Comes now, Separate Defendant, Saline County Sheriff's Office (the "Sheriff's Office"), by and through its attorneys, Friday Eldredge and Clark, LLP, and for its Motion to Dismiss, states as follows:

1. Plaintiff's Complaint involves alleged violations of his constitutional after claimed injuries from a dog bite. Specifically as to the Sheriff's Office, Plaintiff alleges that the Sheriff's Office acted with deliberate indifference through its allegedly deficient hiring and training policies.

2. For the reasons more fully stated in the Brief in Support of its Motion to Dismiss filed contemporaneously herewith, Plaintiff's claims against the Sheriff's Office should be dismissed.

3. The Sheriff's Office relies upon and incorporates herein the following:

    a. Brief in Support of Rule 12(b)(6) Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Separate Defendant, Saline County Sheriff's Office, respectfully requests that the Court dismiss Plaintiff's Complaint against it and for all other just and proper relief to which it is entitled.

Respectfully submitted,

Jamie Huffman Jones, #2003125
Kyle D. Kennedy, #2017104
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Ave., Suite 2000
Little Rock, Arkansas  72201
(501) 376-2011 – phone
(501) 376-2147 – fax
jjones@fridayfirm.com
kkennedy@fridayfirm.com