UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACOB HORSEY                                                                                    PLANITIFF

*v*.                          CASE NO. 4:21-CV-00922

TRE DAVIS, individually and in his
official capacity as a Saline County
Sheriff's Deputy, and SALINE
COUNTY SHERIFF'S OFFICE                                                       DEFENDANTS

### Joint Stipulation of Dismissal With Prejudice

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Fed. R. Civ. P. 41(c), and the parties' settlement agreement, the Parties stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees. This stipulation is signed by all parties.

Respectfully submitted,

By: _____
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDEGE & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
501-370-1430 – phone
501-244-5347 – fax
jjones@fridayfirm.com

*Attorneys for Tre Davis and Saline County Sheriff's Office*

**AND**

_____
Lucien Gillham
SUTTER & Gillham, P.L.L.C.
P.O. Box 2012
Benton, AR 72018
501-315-1910 – phone
501-315-1916 – fax
Lucien.gillham@gmail.com

*Attorney for Plaintiff*