IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACOB HORSEY                                                                                                    PLAINTIFF

v.                                      Case No. 4:21-cv-00922 KGB

TRE DAVIS, individually and
in his official capacity as a Saline
County Sheriff's Deputy and SALINE
COUNTY SHERIFF'S OFFICE                                                                          DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice (*Id*.). The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Court denies as moot the pending motions (Dkt. Nos. 5, 9, 11).

It is so ordered, this the 14th day of February, 2022.

Kristine G. Baker
United States District Court Judge